# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELTON WILLIAMS,<br><br>  Plaintiff,<br><br>  vs.<br><br>AMERICAN SPECIALTY HEALTH, INC.<br><br>  Defendant. | Case No. 13cv0038-MMA (BLM)<br>Case No. 12cv3072-MMA (BLM)<br><br>**ORDER GRANTING DEFENDANT AMERICAN SPECIALTY HEALTH INC.'S UNOPPOSED MOTION TO CONFIRM ARBITRATION AWARD AND TO DISMISS COMPLAINT**<br><br>[Doc. Nos. 35, 118] |

The Court previously granted Defendant American Specialty Health, Inc.'s ("ASH") motion to compel arbitration and stayed all pending claims against Defendant ASH and its employees in both actions brought by Plaintiff Kelton Williams. *See Williams v. DFEH*, Case No. 13cv38-MMA (BLM), Doc. No. 41; *Williams v. American Specialty Health Group, et al.,* Case No. 12cv3072-MMA (BLM), Doc. No. 31.[1]  The parties have since participated in an arbitration hearing, and on September 21, 2014, Arbitrator Barbara Reeves Neil issued a written arbitration finding Plaintiff had not establish any of his underlying claims.

---

[1] The Court incorporates these orders by reference.

Defendant ASH now moves to the confirm arbitration award and to dismiss the complaint in each of the above-captioned cases.  In accordance with Civil Local Rule 7.1(f)(3)(a), Plaintiff filed a statement of non-opposition, indicating that he does not oppose Defendant ASH's motion to the confirm arbitration award and to dismiss the complaint.  *See* Case No. 13cv38-MMA (BLM), Doc. No. 120.

In light of Plaintiff's non-opposition, the Court **GRANTS** the unopposed motion to confirm the arbitration award[2] and **ORDERS** as follows:

1. Because the arbitration award disposes of all claims in *Williams v. American Specialty Health Group, et al.,* Case No. 12cv3072-MMA (BLM), the Court **DISMISSES** the complaint in that action.

2. In *Williams v. DFEH*, Case No. 13cv38-MMA (BLM),[3] Defendant ASH is the sole remaining Defendant.  Because the arbitration award disposes of all remaining claims against Defendant ASH, the Court **DISMISSES** the complaint in that action.

3. The Clerk of Court is instructed to terminate the above-captioned cases.

**IT IS SO ORDERED.**

DATED:  November 4, 2014

*[signature]*

Hon. Michael M. Anello
United States District Judge

---

[2] The Court **VACATES** the November 10, 2014 hearing in this matter.

[3] The Court incorporates by reference its previous orders in this case.  *See* Doc. Nos. 66, 87, 98, 115.